1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9
10  DAVID DADON,                        )    NO.  CV 19-107-JFW (AGR)
                                        )
11              Plaintiff,              )
                                        )    ORDER ACCEPTING FINDINGS AND
12     v.                               )    RECOMMENDATIONS OF UNITED
                                        )    STATES MAGISTRATE JUDGE
13  JENNIE STABILE, et al.,             )
                                        )
14              Defendant.              )
    _____)
15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

17  file, and the Report and Recommendation of the United States Magistrate Judge.  No

18  objections to the Report have been filed. The Court accepts the findings and

19  recommendation of the Magistrate Judge.

20          IT IS ORDERED as follows:

21          (1) Defendant's motion to set aside the entry of default is granted. (Dkt. No.

22  17);

23          (2) Plaintiff's motion for entry of default judgment is denied.  (Dkt. No. 22);

24          (3) Plaintiff's motion to strike Defendant's motion to dismiss is denied.  (Dkt.

25  No. 20);

26          (4) Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) is granted and

27  her motion under Fed. R. Civ. P. 12(b)(1) is denied.  (Dkt. No. 15); and

28

1      (5) Plaintiff is granted leave to file a First Amended Complaint within 30 days

2  after entry of this order.

3      If Plaintiff chooses to file a First Amended Complaint, it must bear the docket

4  number assigned to this case, be labeled "First Amended Complaint," and be

5  complete in and of itself without reference to the original complaint, attachment,

6  pleading or other documents.

7      The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint

8  form.

9

10

11  DATED: July 22, 2019  _____

12                                  JOHN F. WALTER
                           United States District Judge