JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DADON, | NO. CV 19-107-JFW (AGR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JENNIE STABILE, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint containing one federal claim under 42 U.S.C. § 1985(3) and eight state law claims. The sole named defendant is Jennie Stabile.

By Order dated July 22, 2019, the Court accepted the findings and recommendation of the magistrate judge and (1) granted Defendant's motion to set aside the entry of default; (2) denied Plaintiff's motion for entry of default judgment; (3) denied Plaintiff's motion to strike Defendant's motion to dismiss; and (4) granted Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) and denied her motion under Fed. R. Civ. P. 12(b)(1). The Order granted Plaintiff leave to file a First Amended Complaint within 30 days after entry of the Order.

Plaintiff did not file a First Amended Complaint or request an extension of

time to do so.

On September 20, 2019, on its own motion, the magistrate judge issued an Order extending the time to file a First Amended Complaint to October 14, 2019 and warning Plaintiff that failure to a First Amended Complaint may result in dismissal of his case.  (Dkt. No. 36.)

Plaintiff again failed to file a First Amended Complaint or any other document or request an extension of time to do so.  The Court has received no further communication from Plaintiff.

Accordingly, IT IS ORDERED that this action is dismissed.  Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED.**

DATED: November 4, 2019

_____
JOHN F. WALTER
United States District Judge